UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4461
(7:12-cr-00715-TMC-2)
_____

UNITED STATES OF AMERICA
        Plaintiff-Appellee

v.

BILLY JOHN MILLS, JR.
        Defendant – Appellant

_____

### MOTION TO WITHDRAW
_____

    Michael A. MacKinnon, appointed counsel for the Defendant-Appellant, Billy John Mills, Jr., hereby moves to Withdraw from the appointment to represent Mr. Mills in the United States Court of Appeals. Appointed counsel may be a witness in further proceedings.

        Respectfully submitted,

        _____
        Michael MacKinnon     Fed. I.D.#: 3255
        Appointed Counsel for Appellant
        300 Pettigru Street
        Greenville, SC  29601

June 11, 2014        (864) 235-4767  Fax:  (864) 232-9526
Greenville, SC

1

# **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that she is employed in the Law Office of Michael MacKinnon, 300 Pettigru Street, Greenville, South Carolina, and is a person of such age and discretion as to be competent to serve papers.

  That on the 11th day of June 2014, she served a copy of the attached **Motion to Withdraw**, to the persons listed below via email/ECF filing and/or United States Postal Service with adequate first class postage affixed thereon, addressed as follows:

Clerk of Court
United States Court of Appeals For the Fourth Circuit
Via ECF filing

David Stephens, AUSA
Via ECF filing/email

Billy John Mills, Jr.
10205 Vixen Lane
Huntersville NC 28078
Via US Mail/email

            S/ Beverly S. Wilkins
            _____
            Beverly S. Wilkins
            Legal Assistant to Michael MacKinnon
            300 Pettigru Street
            Greenville SC 29601
            (864) 235-4767  Fax:  (864) 232-9526

June 11, 2014
Greenville, South Carolina